IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

AMILCAR DEJESUS LOPEZ-SANTOS                                        PETITIONER

V.                         CIVIL NO.  5:08-CV-05030-JLH

STATE OF ARKANSAS and
BENTON COUNTY SHERIFF'S DEPARTMENT                                  RESPONDENTS

### O R D E R

Before the court is the Petition for Writ of Habeas Corpus (Doc. 1) filed on February 12, 2008.

The Petitioner, Amilcar DeJesus Lopez-Santos, contends that he is illegally detained at the Benton County Detention Center.  The Petitioner was arrested for driving without a driver's license, leaving the scene of a property damage collision, and careless and prohibited driving.  A bond of $3000.00 was set which the Petitioner did post.  The Petitioner contends that the jail refuses to release him because the I.N.S. had some type of hold on him and that the jail has refused to produce any documentation which supports the continued detention of the Petitioner.  The Petitioner ask the court to order the immediate release of the Petitioner.

The Court has checked the records of the Benton County Detention Center and the Petitioner does not appear to be detained in the Benton County Detention Center at this time.

The Petition is therefore DENIED at this time as MOOT.

IT IS SO ORDERED this 19 day of February 2008.

/s/ J. Marschewski
James R. Marschewski
United States Magistrate Judge